

# DEVINE HAHN, S.C.
### ATTORNEYS AT LAW

April 17, 2024

Hon. J.P. Stadtmueller
U.S. District Court for the Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

>Re: E.C.H., K.A.H. and A.M.H., v. Powers, Daniel, et al.
>Case No. 2023CV00796

Dear Judge Stadtmueller:

    Please be advised the criminal matter of my client, Daniel Powers, is scheduled for a pretrial on May 3, 2024 and the trial is scheduled to commence on June 24, 2024.

    Thank you.

>Very truly yours,
>
>DEVINE HAHN, S.C.
>
>Thomas M. Devine
>tdevine@devinehahn.com

TMD/dlr

cc:     Theodore Waldeck, Waldeck & Woodrow, P.A.
           Robert Theine Pledl, Davis & Pledl, S.C.

840 Lake Ave, Suite 300    Racine, WI 53403    262/632-7541

Case 2:23-cv-00796-JPS    Filed 04/17/24    Page 1 of 1    Document 34